UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jerome McDougald,**

    **Plaintiff,**

    v.                                  Case No. 2:20–cv–3652

**Maureen O'Connor,** *et al,*          Judge Michael H. Watson

    **Defendants.**                    Magistrate Judge Deavers

## OPINION AND ORDER

On August 24, 2020, Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R"), ECF No. 6, recommending that the Court deny Plaintiff's motion to proceed in forma pauperis and that he be required to pay the filing fee in full. *Id.*

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). ECF No. 6. The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 6. Plaintiff is **ORDERED** to pay the entire $400 filing fee within **THIRTY DAYS** of this Order. Plaintiff is warned that his **failure to pay the full fee within thirty days will result in dismissal of this action**. See *In re Alea*, 286 F.3d 378, 382

(6th Cir. 2002).  Finally, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the R&R, any appeal of this Order adopting the R&R would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

        */s/ Michael H. Watson*
        **MICHAEL H. WATSON, JUDGE**
        **UNITED STATES DISTRICT COURT**